DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| IN RE: ) | |
|    SEARCH WARRANT ) | |
|    and CRIMINAL COMPLAINT ) | |
| ) | Misc. No. 23-16-PAS |
| ) | Misc. No. 23-SW-070 |
| ) | |

## MOTION TO UNSEAL

The United States of America, by and through its attorneys, Zachary A. Cunha, United States Attorney, and John P. McAdams, Assistant United States Attorney, moves to unseal the Applications for Criminal Complaint and Search Warrant, Supporting Affidavit, Complaint, and Search Warrant. As grounds, there is no further need to for sealing.

Respectfully submitted,

UNITED STATES OF AMERICA
By its Attorney,

ZACHARY A. CUNHA
UNITED STATES ATTORNEY

/s/ John P. McAdams

_____

John P. McAdams
Assistant U.S. Attorney
U.S. Attorney's Office
One Financial Plaza
Providence, RI 02903
john.p.mcadams@usdoj.gov

SO ORDERED:

_____
PATRICA A. SULLIVAN
UNITED STATES MAGISTRATE JUDGE
DATE: _____